TOMASSINA SPILA, as Administratrix of the Estate of JOHN SPILA, Deceased, Appellant, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Spila* v. *N. Y. C. & H. R. R. R. Co*, 154 App. Div. 907, affirmed.
(Argued May 22, 1913; decided June 10, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*Sydney A. Syme* for appellant.

*John F. Brennan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, WILLARD BARTLETT, CHASE, CUDDE-BACK, HOGAN and MILLER, JJ. Absent: CULLEN, Ch. J.